FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Smith (Last Name)   069627 (Identification Number)

Torey (First Name)   Cortez (Middle Name)

Hinds County Jail (Institution)

407 East Pascagoula St. (Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 28 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

V.

CIVIL ACTION NUMBER: 3:14cv574TW-LRA
(to be completed by the Court)

Allen Martin

Randy Crawford

McGee Police Dept

Simpson Shiffe Dept  Et Al

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (X)   No ( )

B. Are you presently incarcerated?
Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (X)

D. Are you presently incarcerated for a parole or probation violation?
Yes (X)   No ( ) Pending Revocation

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (Y)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (X)   No ( )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Torey Cortez Smith     Prisoner Number: A69627

Address: 407 East Pascagoula St
Jackson MS 39201

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Allen Martin   is employed as Police
Investier   at 124 First St N.E. mcgee police Dept

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Torey C. Smith         ADDRESS: 407 East Pascagoula Street

DEFENDANT(S):

NAME:                                    ADDRESS:
Allen Martin                             124 First St. N.E. mcgee MS 39111
Randy Crawford                           124 First St N.E. mcgee MS 39111
mcgee police Dept.                       124 First N.E. mcgee MS 39111
Simpson County Sheriff/Jail              1221 First N.E. mcgee MS 39111

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

| NOTICE AND WARNING |
| --- |
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A. Have you ever filed any lawsuits in a court of the United States?   Yes (✓)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _Lt. Earnest Saxton s Boris Dixon_

2. Court (if federal court, name the district; if state court, name the county): _Southren District._

3. Docket Number: _Ø 3:11cv25_

4. Name of judge to whom case was assigned: _Linda Andrson_

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _Prejadic_

CASE NUMBER 2.
1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

Page 3 of 4

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On May 07, 2014 I was brought to the mcgee Jail when I was put in A Room for About 15mins in cuffs I Attemp to call for the off. Sull.An At That moment he came Back wit Det Allen martin well Det martin Have me By my Cloths in drug me Into A open Area of The Jail In He den put his hands Around my neck in Throw me onto the floor in slapped me well I lost sight in Breath He BAD put in when I was Able to gain my Breth I knocked on The door Askin for medical Attn. That is When unknown white male stated to me He doesn't work The Jail Ho

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

That Allen martin Be not Able to work As A Law Enforcement off. In The mcgee Poice Dept. Be liable of Any mental Health charges of me seekin Justic. Also (montary damges) (Punchtive damges) In BAnly Be demoted from his postion In Each Be givin me hurned Thoundsen) dollars.

Signed this 11 day of July, 2014.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

*Torey C Smith*
Signature of plaintiff

Page 4 of 4

←over                                                                over→

Work dui; But He Assured Me That I Needed To Change Cloths Into A JumpSuit In upon doin That Wen The Ofc. Came Back wit A unknown Subject Then I will go well I was Taken To A cell where They housed other Inmates For A Period of Time I was still Askin The Trustee For Help To Let Them staff on I needed medical Attn That went nowhere well Shortly That's when 3other ofc walks Into The AREA puttin Taser At Me Sayin I'll Hurt You As I Looked ova I saw on one of There Shirt That Chife RAndy Cranford was There In I Explane To him That I'm not Tryin Callse Problems But Indeed He force me To Sign Sum paper That I was not In knowledge of what Sayin I can go To County Yuickly By doing So He fail To Address my Concern well ofc Sullivan Asst Det Allen martin In the Above Acts of Throwin me Into The ~~AD~~ ~~TD~~ Floor more To come Just Brife of Insight

Torey Cortez Smith #009607
401 East County J
409 East Pascagoula St.
Jackson ms. 39201

39201$5028

JUL 22 2014

Clerk U.S. District Court
501 E. Court St. suite 2.150
Jackson, ms. 39201

PRESORTED
FIRST CLASS



ZIP 39201
02 1W
0001384707
US POSTAGE $000.46°
JUL 18 2014