IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TOREY CORTEZ SMITH**                                                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:14CV574-HTW-LRA**

**ALLEN MARTIN, ET AL**                                         **DEFENDANT**

## AGREED ORDER OF DISMISSAL

The parties appeared at an omnibus hearing before United States Magistrate Judge Linda R. Anderson on February 15, 2018. Plaintiff made an *ore tenus* motion to dismiss his complaint with prejudice, and Defendants had no objection.

Accordingly, it is hereby ordered that Plaintiff's motion to dismiss is **granted**, and this case is dismissed with prejudice. A Final Judgment shall be entered.

SO ORDERED this the 15th day of February 2018.

_____
UNITED STATES MAGISTRATE JUDGE

AGREED TO BY:

_____
PLAINTIFF

_____
FOR DEFENDANTS